**McKesson Corporation**
6555 North State Highway 161
Irving, TX 75039

Page 001 of
Period Beg/End: 01/19/2025 - 01/31/2025
Advice Date: 01/31/2025
Advice Number: 0000011502
Batch Number: SCGDZEXK2

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

94-3207296

**For inquiries on this statement please call: 855-466-2547**
Total Hours Worked: 28.10
Basis of Pay: Hourly

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Sick Pay | 25.4700 | 16.00 | 407.52 | 611.28 |
| Overtime 1.5 | 38.2050 | 4.10 | 156.65 | 1770.46 |
| Regular Pay | 25.4700 | 24.00 | 611.28 | 4028.85 |
| DC Incent | | | 0.00 | 535.98 |
| Holiday Py | | | 0.00 | 407.52 |
| Personal / F | | | 0.00 | 46.36 |
| Double Time | | | 0.00 | 259.80 |
| **Gross Pay** | | | **1175.45** | **7660.25** |

| | This Period | Year |
|---|---|---|
| **Company-Paid Deds** | | |
| STD Disability No | | |
| American Disabili | | |
| Paid Leave of Abs | | |
| Leave of Absence | | |
| **Direct Deposits** | | |
| Checking | | XXXXXX4664 |

| Taxes | Current | YTD |
|---|---|---|
| NJ WFD - NJWDF | 0.50 | 3.26 |
| NJ FLI - NJFLI | 3.88 | 25.29 |
| SUI-Employee Paid - NJ | 4.50 | 29.30 |
| OASDI | 68.44 | 452.74 |
| Medicare | 16.00 | 105.88 |
| Federal Withholding | 93.26 | 811.83 |
| State Tax - NJ | 40.07 | 316.54 |
| City Tax - PHILA | 44.08 | 287.27 |
| State Tax - PA | 33.89 | 224.18 |
| **Total Taxes** | **304.62** | **2256.29** |

| Deductions | Current | YTD |
|---|---|---|
| *Union Health & Welfare Pre-Tax | 71.60 | 358.00 |
| Union Dues - UNDUES | 0.00 | 76.00 |
| **Total Deductions** | **71.60** | **434.00** |

| **Net Pay** | **799.23** | **4969.96** |

Your Federal taxable wages for this period are: $1,103.85

*Excluded from taxable wages

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Advice Number:
Advice Date:

NON-NEGOTIABLE / NOT A CHECK

Deposited to the account of
Davila, Harry

Account Number
Checking XXXXXX4664

Transit ABA
231372691

CO SYS   000120-000120

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

94-3207296

For inquiries on this statement please call: 855-466-2547
Total Hours Worked:  40.05
Basis of Pay:  Hourly

# Earnings Statement

Employee ID

Page 001 of 001
Period Beg/End:  01/05/2025 - 01/11/2025
Advice Date:  01/17/2025
Advice Number:  0000000551
Batch Number:  SCUNMAXQAXWG

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Sick Pay | 25.4700 | 8.00 | 203.76 | 203.76 |
| Personal / F | 25.4700 | 1.82 | 46.36 | 46.36 |
| Overtime 1.5 | 38.2050 | 9.87 | 377.09 | 1024.68 |
| Regular Pay | 25.4700 | 30.18 | 768.69 | 2398.77 |
| Holiday Py | | | 0.00 | 407.52 |
| DC Incent | | | 0.00 | 260.16 |
| Double Time | | | 0.00 | 259.80 |
| Gross Pay | | | 1395.90 | 4601.05 |

| Taxes | Current | YTD |
|---|---|---|
| SUI-Employee Paid - NJ | 5.34 | 17.60 |
| OASDI | 82.11 | 271.95 |
| Medicare | 19.20 | 63.60 |
| NJ WFD - NJWDF | 0.59 | 1.96 |
| NJ FLI - NJFLI | 4.61 | 15.19 |
| Federal Withholding | 130.08 | 481.17 |
| State Tax - NJ | 53.52 | 189.22 |
| City Tax - PHILA | 52.35 | 172.55 |
| State Tax - PA | 40.66 | 134.66 |
| Total Taxes | 388.46 | 1347.90 |

| Deductions | Current | YTD |
|---|---|---|
| *Union Health & Welfare Pre-Tax | 71.60 | 214.80 |
| Union Dues - UNDUES | 0.00 | 76.00 |
| Total Deductions | 71.60 | 290.80 |

| Net Pay | 935.84 | 2962.35 |
|---|---|---|

| | This Period | Year-to-Date |
|---|---|---|
| Company-Paid Dods | | |
| Leave of Absence | 0.89 | 2.67 |
| American Disabili | 0.46 | 1.38 |
| Paid Leave of Abs | 0.15 | 0.45 |
| STD Disability No | 1.03 | 3.09 |
| Direct Deposits | | |
| Checking  XXXXXX4664 | | 935.84 |

Your Federal taxable wages for this period are: $1,324.30

*Excluded from taxable wages



McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Advice Number:  0000000551
Advice Date:  01/17/2025

Deposited to the account of
Davila, Harry

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4664 | 231372691 | $935.84 |

THIS IS NOT A CHECK

CO SVS          002108-001801

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

94-3207296

# Earnings Statement

Employee ID

Page 001 of 002
Period Beg/End: 01/12/2025 - 01/18/2025
Advice Date: 01/24/2025
Advice Number: 0000004455
Batch Number: SCECKJDSOP8E

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

For inquiries on this statement please call: 855-466-2547
Total Hours Worked: 55.42
Basis of Pay: Hourly

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Overtime 1.5 | 38.2050 | 15.42 | 589.13 | 1613.81 |
| Regular Pay | 25.4700 | 40.00 | 1018.80 | 3417.57 |
| Sick Pay | | | 0.00 | 203.76 |
| Personal / F | | | 0.00 | 46.36 |
| Holiday Py | | | 0.00 | 407.52 |
| Double Time | | | 0.00 | 259.80 |
| DC Incent | | | 275.82 | 535.98 |
| **Gross Pay** | | | **1883.75** | **6484.80** |

Bold lines include retroactive earnings detailed below

| Taxes | Current | YTD |
|---|---|---|
| OASDI | 112.35 | 384.30 |
| Medicare | 26.28 | 89.88 |
| NJ WFD - NJWDF | 0.80 | 2.76 |
| NJ FLI - NJFLI | 6.22 | 21.41 |
| SUI-Employee Paid - NJ | 7.20 | 24.80 |
| City Tax - PHILA | 70.64 | 243.19 |
| State Tax - PA | 55.63 | 190.29 |
| Federal Withholding | 237.40 | 718.57 |
| State Tax - NJ | 87.25 | 276.47 |
| Total Taxes | 603.77 | 1951.67 |

| Deductions | Current | YTD |
|---|---|---|
| *Union Health & Welfare Pre-Tax | 71.60 | 286.40 |
| Union Dues - UNDUES | 0.00 | 76.00 |
| Total Deductions | 71.60 | 362.40 |

| Net Pay | 1208.38 | 4170.73 |
|---|---|---|

| | This Period | Year-to-Date |
|---|---|---|
| Company-Paid Deds | | |
| STD Disability No | 1.03 | 4.12 |
| Leave of Absence | 0.89 | 3.56 |
| American Disabili | 0.46 | 1.84 |
| Paid Leave of Abs | 0.15 | 0.60 |
| Direct Deposits | | |
| Checking    XXXXXX4664 | | 1208.38 |

Your Federal taxable wages for this period are: $1,812.15

*Excluded from taxable wages



McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Advice Number: 0000004455
Advice Date: 01/24/2025

Deposited to the account of
Davila, Harry

Account Number       Transit ABA       Amount
Checking XXXXXX4664  231372691         $1208.38

THIS IS NOT A CHECK

# Earnings Statement

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Employee ID: ▉

Page 001 of 002
Period Beg/End: 12/29/2024 - 01/04/2025
Advice Date: 01/10/2025
Advice Number: 0000000504
Batch Number: SC3SJTNLHPGW

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

94-3207296

For inquiries on this statement please call: 855-466-2547
Total Hours Worked:  44.62
Basis of Pay:  Hourly

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Overtime 1.5 | 38.2050 | 7.52 | 287.31 | 647.59 |
| Regular Pay | 25.4700 | 32.00 | 815.04 | 1630.08 |
| Holiday Py | 25.4700 | 8.00 | 203.76 | 407.52 |
| Double Time | 50.9400 | 5.10 | 259.80 | 259.80 |
| DC Incent | | | 260.16 | 260.16 |
| **Gross Pay** | | | **1826.07** | **3205.15** |

Bold lines include retroactive earnings detailed below

| Taxes | Current | YTD |
|---|---|---|
| NJ WFD - NJWDF | 0.78 | 1.37 |
| NJ FLI - NJFLI | 6.03 | 10.58 |
| SUI-Employee Paid - NJ | 6.99 | 12.26 |
| OASDI | 108.78 | 189.84 |
| Medicare | 25.44 | 44.40 |
| Federal Withholding | 224.71 | 351.09 |
| State Tax - NJ | 83.21 | 135.70 |
| City Tax - PHILA | 68.48 | 120.20 |
| State Tax - PA | 53.86 | 94.00 |
| **Total Taxes** | **578.28** | **959.44** |

| Deductions | Current | YTD |
|---|---|---|
| *Union Health & Welfare Pre-Tax | 71.60 | 143.20 |
| Union Dues - UNDUES | 0.00 | 76.00 |
| **Total Deductions** | **71.60** | **219.20** |

| **Net Pay** | **1176.19** | **2026.51** |

| Company-Paid Deds | This Period | Year-to-Date |
|---|---|---|
| Leave of Absence | 0.89 | 1.78 |
| American Disabili | 0.46 | 0.92 |
| Paid Leave of Abs | 0.15 | 0.30 |
| STD Disability No | 1.03 | 2.06 |

| Direct Deposits | | |
|---|---|---|
| Checking | XXXXXX4664 | 1176.19 |

Your Federal taxable wages for this period are: $1,754.47

*Excluded from taxable wages

---

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Advice Number: 0000000504
Advice Date: 01/10/2025

**THIS IS NOT A CHECK**

Deposited to the account of
Davila, Harry

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4664 | 231372691 | $1176.19 |

CO SYS    000019-000019

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

94-3207296

For inquiries on this statement please call: 855-466-2547
Total Hours Worked:    41.43
Basis of Pay:          Hourly

| Earnings    | Rate    | Hours | Current | YTD     |
|-------------|---------|-------|---------|---------|
| Overtime 1.5| 38.2050 | 9.43  | 360.28  | 360.28  |
| Regular Pay | 25.4700 | 32.00 | 815.04  | 815.04  |
| Holiday Py  | 25.4700 | 8.00  | 203.76  | 203.76  |
| Gross Pay   |         |       | 1379.08 | 1379.08 |

| Taxes                  | Current | YTD    |
|------------------------|---------|--------|
| SUI-Employee Paid - NJ | 5.27    | 5.27   |
| NJ WFD - NJWDF         | 0.59    | 0.59   |
| NJ FLI - NJFLI         | 4.55    | 4.55   |
| State Tax - PA         | 40.14   | 40.14  |
| OASDI                  | 81.06   | 81.06  |
| Medicare               | 18.96   | 18.96  |
| Federal Withholding    | 126.38  | 126.38 |
| State Tax - NJ         | 52.49   | 52.49  |
| City Tax - PHILA       | 51.72   | 51.72  |
| Total Taxes            | 381.16  | 381.16 |

| Deductions                    | Current | YTD    |
|-------------------------------|---------|--------|
| *Union Health & Welfare Pre-Tax | 71.60 | 71.60  |
| Union Dues - UNDUES           | 76.00   | 76.00  |
| Total Deductions              | 147.60  | 147.60 |

| Net Pay | 850.32 | 850.32 |

**Earnings Statement**

Employee ID   [redacted]

Page 001 of 001
Period Beg/End:  12/22/2024 - 12/28/2024
Advice Date:     01/03/2025
Advice Number:   0000000033
Batch Number:    SCM6SBOV01TB

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

| Company-Paid Deds   | This Period | Year-to-Date |
|---------------------|-------------|--------------|
| Paid Leave of Abs   | 0.15        | 0.15         |
| STD Disability No   | 1.03        | 1.03         |
| Leave of Absence    | 0.89        | 0.89         |
| American Disabili   | 0.46        | 0.46         |

| Direct Deposits | | |
|-----------------|------------|--------|
| Checking        | XXXXXX4664 | 850.32 |

Your Federal taxable wages for this period are: $1,307.48

*Excluded from taxable wages

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Advice Number:  0000000033
Advice Date:    01/03/2025

**THIS IS NOT A CHECK**

Deposited to the account of    Account Number   Transit ABA   Amount
Davila, Harry                  Checking XXXXXX4664   231372691   $850.32

# Earnings Statement

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Period Beg/End: 12/15/2024 - 12/21/2024
Advice Date: 12/27/2024
Advice Number: 0000006518
Batch Number: SC438XURXZM8

Page 003 of 003

94-3207296

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

For inquiries on this statement please call: 855-466-2547
Total Hours Worked: 56.48
Basis of Pay: Hourly

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|

This Period    Year-to-Date

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines)

| EARNINGS | PAY PERIOD | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| DC Incent | 12/01/24-12/07/24 | | | 408.76 |

Your Federal taxable wages for this period are: $2,162.48

*Excluded from taxable wages

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement

McKesson Corporation
6555 North State Highway 161
Irving, TX 75039

Period Beg/End: 12/15/2024 - 12/21/2024
Advice Date: 12/27/2024
Advice Number: 0000006518
Batch Number: SC438XURXZM8

Page 002 of 003

94-3207296

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

For inquiries on this statement please call: 855-466-2547
Total Hours Worked:    56.48
Basis of Pay:    Hourly

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Total Deductions | | | 163.86 | 5581.72 |
| Net Pay | | | 1322.00 | 53460.25 |

This Period   Year-to-Date

Your Federal taxable wages for this period are: $2,162.48

*Excluded from taxable wages

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING

# Earnings Statement

**McKesson Corporation**
6555 North State Highway 161
Irving, TX 75039

| | |
|---|---|
| Employee ID | ███████ |
| Page | 001 of 003 |
| Period Beg/End: | 12/15/2024 - 12/21/2024 |
| Advice Date: | 12/27/2024 |
| Advice Number: | 0000006518 |
| Batch Number: | SC438XURXZM8 |

94-3207296

Davila, Harry
1216 E Pike St.
Philadelphia, PA 19124

For inquiries on this statement please call: 855-466-2547
Total Hours Worked:   56.48
Basis of Pay:   Hourly

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Overtime 1.5 | 39.0200 | 16.48 | 643.05 | 17869.23 |
| Regular Pay | 25.4700 | 40.00 | 1018.80 | 45133.88 |
| MPower Pts | | | 163.47 | 1169.34 |
| Personal Abs | | | 0.00 | 429.94 |
| Holiday Py | | | 0.00 | 1214.56 |
| Sick Pay | | | 0.00 | 1018.80 |
| Double Time | | | 0.00 | 260.82 |
| GftCd/Ldg | | | 0.00 | 517.51 |
| Personal / F | | | 0.00 | 1399.70 |
| Vac Pay | | | 0.00 | 4075.20 |
| **DC Incent** | | | **408.76** | **9001.16** |
| **Gross Pay** | | | **2234.08** | **82090.14** |

Bold lines include retroactive earnings detailed below

| Taxes | Current | YTD |
|---|---|---|
| NJ WFD - NJWDF | 0.00 | 17.98 |
| NJ FLI - NJFLI | 2.01 | 73.90 |
| SUI-Employee Paid - NJ | 0.00 | 161.80 |
| OASDI | 134.07 | 4863.33 |
| Medicare | 31.35 | 1137.39 |
| Federal Withholding | 318.85 | 8719.86 |
| State Tax - NJ | 111.77 | 2587.40 |
| City Tax - PHILA | 83.78 | 3078.40 |
| State Tax - PA | 66.39 | 2408.11 |
| **Total Taxes** | **748.22** | **23048.17** |

| Deductions | Current | YTD |
|---|---|---|
| *Union Health & Welfare Pre-Tax | 71.60 | 3649.28 |
| Gross Up Offset - GRUOFF | 92.26 | 1022.44 |
| Union Dues - UNDUES | 0.00 | 910.00 |

Your Federal taxable wages for this period are: $2,162.48

| | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| MPower Pts FLSA - | 92.26 | 702.58 |
| **Total Imputed Inc** | **92.26** | **702.58** |
| **Company-Paid Deds** | | |
| Leave of Absence | 0.61 | 29.28 |
| American Disabili | 0.37 | 17.76 |
| Paid Leave of Abs | 0.15 | 7.20 |
| STD Disability No | 0.76 | 36.48 |
| **Direct Deposits** | | |
| Checking  XXXXXX4664 | | 1322.00 |

*Excluded from taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**McKesson Corporation**
6555 North State Highway 161
Irving, TX 75039

Advice Number: 0000006518
Advice Date: 12/27/2024

Deposited to the account of
Davila, Harry

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX4664 | 231372691 | $1322.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING