**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Harry Davila-Bermudez,<br><br>　　　　　　　　　　Debtor. | Case No. 25-10557-PMM<br>Chapter 13 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Harry Davila-Bermudez, by and through his attorney, hereby asks this Court to enter an order directing his employer to attach his wages to fund the chapter 13 plan in the form of order attached.

Date: February 13, 2025　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com