United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Harry Davila-Bermudez

    Debtor

Case No. 25-10557-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Harry Davila-Bermudez, 1216 E Pike St, Philadelphia, PA 19124-5520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: BkNotice@McKesson.com | Feb 14 2025 16:33:00 | McKesson Corporation, Human Resources Department, Attn: Payroll/Wage Deduction, 6535-6555 State Hwy 161, Irving, tx 75039 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2025　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Harry Davila-Bermudez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Harry Davila-Bermudez, | Case No. 25-10557-PMM |
| | Chapter 13 |
| Debtor. | SSN: xxx-xx-5913 |

### ORDER DIRECTING EMPLOYER
### TO MAKE WAGE DEDUCTION

Upon motion of Harry Davila-Bermudez, it is hereby **ORDERED** that:

1.  Debtor's employer, the McKesson Corporation ("the employer") shall pay $153.00 directly from each of his weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2.  The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3.  This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4.  This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **February 14, 2025**

_____
Honorable Patricia M. Mayer
Judge, United States Bankruptcy Court

CC:
McKesson Corporation
Human Resources Department
Attn: Payroll/Wage Deduction
6535-6555 State Hwy 161
Irving, TX 75039